and others. A. S. Gilbert, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with costs.

PEOPLE ex rel. SMITH v. WILCOX. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Proceedings by the people of the state of New York, on the relation of Philip F. Smith, against William R. Wilcox. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. STERNBERGER, Appellant, v. STERNBERGER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York, on the relation of Birdie S. Sternberger, against Louis Sternberger and others. D. Nicoll, for appellant. W. H. L. Edwards, for respondents. No opinion. Order affirmed, without costs.

PEOPLE ex rel. STEWARD, Appellant, v. SCANNELL, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York, on the relation of Frank Steward, against John J. Scannell, commissioner. H. Yonge, for appellant. T. Connoly, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEOPLE ex rel. THOMPSON, Appellant, v. CANTOR, President, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York, on the relation of Thomas L. Thompson, against Jacob A. Cantor, president, etc. L. W. Redington, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with costs.

PEOPLE ex rel. TOWN OF WALTON, Appellant, v. BOARD OF SUP'RS OF DELAWARE COUNTY, Respondent. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Proceedings by the people of the state of New York, on the relation of the town of Walton, against the board of supervisors of Delaware county. No opinion. Motion granted, and in addition thereto there should be added to the order proposed: "The court holding that, apart from the legal grounds, the court below should have exercised its discretion in favor of granting the motion."

PEOPLE ex rel. TRAPHAGEN, Appellant, v. CLARKE, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Proceedings by the people of the state of New York, on the relation of William Traphagen, against Henry S. Clarke, as mayor, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People v. Knox, 45 App. Div. 518, 61 N. Y. Supp. 469.

PEOPLE ex rel. VOELPEL v. WARDEN OF CITY PRISON et al. (Supreme Court,

Appellate Division, First Department. November 21, 1902.) Proceedings by the people of the state of New York, on the relation of John A. Voelpel, against the warden of city prison and another. No opinion. Motion granted.

PEOPLE ex rel. WOODLEY, Relator, v. MURPHY, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York, on the relation of Henry Woodley, against Michael C. Murphy as commissioner. C. Sullivan, for relator. T. Farley, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PFEELB, Appellant, v. HARD MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1902.) Action by Teresa Pfeelb, by guardian, etc., against the Hard Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

PHŒNIX PAPER CO., Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by the Phœnix Paper Company against Dwight S. Miller. No opinion. Judgment unanimously affirmed, with costs.

PIERCE, BUTLER & PIERCE MFG. CO., Respondent, v. BAUER–HAMILTON PLUMBING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by the Pierce, Butler & Pierce Manufacturing Company against the Bauer-Hamilton Plumbing Company and others. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

In re PITT ST. SCHOOL SITE. (Supreme Court, Appellate Division, First Department. November 7, 1902.) In the matter of Pitt street school site. No opinion. Motion denied.

In re PITT ST. SCHOOL SITE. (Supreme Court, Appellate Division, First Department. November 7, 1902.) In the matter of Pitt street school site. No opinion. Reference ordered.

PIZZUTO v. NEW YORK, L. E. & W. CO. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Pietro Pizzuto against the New York, Lake Erie & W. Company. No opinion. Motion granted, with $10 costs.

POHL et al., Appellants, v. WOOD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Action by George D. Pohl and another against Arthur C. Wood and others. No opinion. Judgment affirmed, with costs.

POLHEMUS, Respondent, v. CORNELL STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by George D. Pol-